UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re:                                    )          BK No.:    13-36266
KRZYSZTOF GDOWIK,                         )
                                          )
                                          )          Chapter:  7
                                          )          Honorable Eugene Wedoff
                                          )
                                          )
             Debtor(s) )

**ORDER APPROVING VOLUNTARY REVOCATION AND WAIVER OF DISCHARGE**

THIS MATTER coming to be heard on the Motion of the United States Trustee to Approve

Voluntary Waiver of Discharge, due notice having been given, the Court being fully advised in the

premises, and the Debtor having executed a written Voluntary Waiver of Discharge,

IT IS HEREBY ORDERED:

(1) The Waiver of Discharge by Kryzystof Gdowik in the above-captioned bankruptcy case is
APPROVED; and

(2) Kryzystof Gdowik's discharge in the above-captioned bankruptcy case is voluntarily DENIED.

Enter:

Honorable Eugene R. Wedoff
United States Bankruptcy Judge

Dated:  March 25, 2014

**Prepared by:**

Kathryn Gleason
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn Street, Room 873
Chicago, IL 60604